**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CRANE ENTERPRISES, LLC,<br><br>Debtor-Appellee. | Civil Case No. 25-cv-06793 (DC) (RT)<br><br>Chapter 11<br><br>No. 25-10405 (DSJ) |
| CRANE ENTERPRISES, LLC,<br><br>Plaintiff-Appellee,<br><br>-vs-<br><br>MICHAEL E. CRANE, DANIEL M. CRANE, JOHN DOE AND JANE DOE (Fictitious Persons)<br><br>Defendants-Appellants. | Adv. Pro. No. 25-01040 (DSJ) |

**PLEASE TAKE NOTICE** that Appellants MICHAEL E. CRANE and DANIEL M. CRANE (collectively herein "Appellants") by their undersigned counsel herein, hereby appeal to the United States Court of Appeals for the Second Circuit, from each and every part of the Decision & Order of the United States District Court of the Southern District of New York Cote, USDJ), dated and entered April 6, 2026 as U.S. District Court CM/ECF Doc. No. 31 (and entered on April 7, 2026 as U.S. Bankruptcy Court CM/ECF Doc. No. 75) [the "Order"], which denied Defendants'[-Appellants'] August 15, 2025 appeal and affirmed the Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and August 22, 2025, the appeal, and the Judgment entered thereafter on April 7, 2026 as U.S. District Court CM/ECF Doc. No. 32. A true and correct copy of the April 6, 2026 Order appealed from is annexed hereto as Exhibit A, and a true and correct copy of the April 7, 2026 Judgment is annexed hereto as Exhibit B.

Dated: Great Neck, New York
April 20, 2026

Respectfully Submitted By:
**MCSHAPIRO LAW GROUP PC**

By: ______________________________
Mitchell C. Shapiro, Esq. (MS-9019)
Three Grace Avenue, Suite 100
Great Neck, New York 11021
Tel: (917) 446-3628
Email: MCS@MCShapiroLaw.com
*Attorneys for Appellants*

**To: All Counsel of Record via CM/ECF and Mail**

Case: 26-1045, 04/20/2026, DktEntry: 1.1, Page 3 of 20

***Affirmation of Service***

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

Mitchell C. Shapiro, an attorney at law duly licensed to practice law in the courts of the State of New York, affirms the truth of the following under penalties of perjury:

I am not a party to this action and am over the age of 18 years old. On April 20, 2026, I caused to be served one (1) true copy of the within NOTICE OF APPEAL with Order and Judgment attached by:

[ X ] depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State,

[ ] via NEXT DAY COURIER

[ ] via EMAIL

[ X ] via CM/ECF filing

addressed to each of the following persons at the last known address set forth after each name:

Eric Jay Snyder, Esq.
Wilk Auslander LLP
825 Eighth Avenue, Suite 2900
New York, New York 10019
Tel: 212-981-2328
Email: esnyder@wilkauslander.com *Special Litigation Counsel for Debtor-Appellee Crane Enterprises LLC*

Brett S. Silverman, Esq.
Concierge Law
4 Terry Terrace, 2nd Floor
Livingston, New Jersey 07039A
Tel: 646-281-6008
Email:Brett@getconciergelaw.com
*Attorneys for Debtor-Appellee Crane Enterprises LLC*

Dated: April 20, 2026

Mitchell C. Shapiro, Esq.

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−06793−DLC

In Re: Crane Enterprises LLC
Assigned to: Judge Denise L. Cote
Related Cases: 1:25−cv−09795−DLC
1:25−cv−09809−DLC
Case in other court: USBC−SDNY, 25−B−10405 (DSJ)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 08/15/2025
Date Terminated: 04/07/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Crane Enterprises LLC**

**Debtor**

**Crane Enterprises LLC**

**Appellant**

**Michael E. Crane** represented by **Brian James Hufnagel**
Morrison Tenenbaum PLLC
87 Walker Street, Floor 2
New York, NY 10013
212−620−0938
Email: bjhufnagel@m−t−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Craig Shapiro**
MCShapiro Law Group PC
Three Grace Avenue
Suite 100
Great Neck, NY 11021
917−446−3628
Fax: 646−304−7555
Email: mcs@mcshapirolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**Daniel M. Crane** represented by **Brian James Hufnagel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Craig Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Crane Enterprises LLC** represented by **Eric Jay Snyder**
Wilk Auslander LLP
825 Eighth Avenue
Suite 2900
New York, NY 10019
212−981−2328
Email: esnyder@wilkauslander.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2025 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge David S. Jones dated July 30, 2025. Bankruptcy Court Case Numbers: 25−1040A, 25−B−10405 (DSJ). Certified copies of file received.Document filed by Michael E. Crane, Daniel M. Crane. (Attachments: # 1 Exhibit A − Bankruptcy Order, # 2 Exhibit B − Bankruptcy Order).(bkar) (Entered: 08/15/2025) |
| 08/15/2025 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 08/15/2025) |
| 08/15/2025 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (bkar) (Entered: 08/15/2025) |
| 08/15/2025 | | Case Designated ECF. (bkar) (Entered: 08/15/2025) |
| 08/18/2025 | 3 | ORDER: The above case has been assigned to me for all purposes. Accordingly, it is hereby ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 8/18/2025) (rro) (Entered: 08/19/2025) |
| 08/25/2025 | 4 | EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. Document filed by Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Exhibit "A" −− BK Adv ECF No. 11 SJ Order to Stay Pending Appeal, # 2 Exhibit "B" −− Bk Adv ECF No. 10 SJ Decision to Stay, # 3 Exhibit "C" −− Bk Adv ECF No. 21 Denial Reconsideration & Stay/Grant Turnover Eviction, # 4 Exhibit "D" −− Bk Adv ECF No. 23 Eviction Order, # 5 Exhibit "E −− Bk Main ECF No. 31 Decision Granting Automatic Stay Relief (not to be stayed pending appeal), # 6 Exhibit "F" −− Bk Main ECF No. 34 Automatic Stay Relief (not to be stayed), # 7 Proposed Order Proposed Order Granting Emergency Stay Pending Appeal, # 8 Affidavit MCShapiro Attorney Declaration of Good Faith Emergency, # 9 Affidavit Michael Crane Decl ISO Motion Seeking Emergency Stay Pending Appeal, # 10 Supplement Memorandum of Law ISO Motion Seeking Emergency Stay Pending Appeal).(Shapiro, Mitchell) (Entered: 08/25/2025) |
| 08/25/2025 | 5 | LETTER addressed to Judge Denise L. Cote from Eric Snyder dated August 25, 2025 re: Request for ex parte stay. Document filed by Crane Enterprises LLC..(Snyder, Eric) (Entered: 08/25/2025) |
| 08/26/2025 | 6 | ORDER: Accordingly, it is hereby ORDERED that the debtor shall file any response to the August 25 emergency stay motion by August 28, 2025 at 12:00 p.m. IT IS FURTHER ORDERED that a conference to address the August 25 emergency stay motion is scheduled for August 29, 2025 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007. ( Responses due by 8/28/2025, Motion Hearing set for 8/29/2025 at 02:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 8/26/2025) (vfr) Modified on 8/26/2025 (vfr). (Entered: 08/26/2025) |
| 08/26/2025 | 7 | ORDER re: 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. filed by Michael E. Crane, Daniel M. Crane. Accordingly, it is hereby ORDERED that the debtor shall file any response to the August 25 emergency stay motion by August 28, 2025 at 12:00 p.m. IT IS FURTHER ORDERED that a conference to address the August 25 emergency stay motion is scheduled for August 29, 2025 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007. Set Deadlines/Hearing as to 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. :( |

| | | |
|---|---|---|
| | | Responses due by 8/28/2025, Motion Hearing set for 8/29/2025 at 02:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 8/26/2025) (rro) (Entered: 08/26/2025) |
| 08/26/2025 | | Set/Reset Deadlines as to 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. Motion Hearing set for 8/29/2025 at 02:00 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (vfr) (Entered: 08/26/2025) |
| 08/28/2025 | 8 | RESPONSE in Opposition to Motion re: 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. . Document filed by Crane Enterprises LLC..(Snyder, Eric) (Entered: 08/28/2025) |
| 08/28/2025 | 9 | RESPONSE in Opposition to Motion re: 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*. *Exhibits to Debtor's Opposition*. Document filed by Crane Enterprises LLC. (Attachments: # 1 Exhibit Ex. B: Turnover Motion Opposition, # 2 Exhibit Ex. C: Turnover Motion Reply, # 3 Exhibit Ex. D: Turnover Motion Hearing Transcript, # 4 Exhibit Ex. E: D. Crane Deposition Transcript, # 5 Exhibit Ex. F: Bankr. Stay Motion, # 6 Exhibit Ex. G: Eviction Motion, # 7 Exhibit Ex. H: Bankr. Stay Motion Opposition, # 8 Exhibit Ex. I: Eviction Motion Opposition, # 9 Exhibit Ex. J: Eviction/Stay Motions Hearing Transcript).(Snyder, Eric) (Entered: 08/28/2025) |
| 08/29/2025 | 10 | DECLARATION of Mitchell C. Shapiro in Support re: 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal*.. Document filed by Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Appendix Schedule of Exhibits Filed By Movants (Defendants−Appellants Cranes ), # 2 Exhibit Exh. G Bankr. Main Case ECF No. 7 [Repetto Decl. ISO Bankruptcy Petition], # 3 Exhibit Exh. H −−Exh. H −− Bankr. Adv. Pr. ECF No. 7−2 [D.CraneDecl#1, dated June 12, 2025], # 4 Exhibit Exh. I −− Bankr. Adv. Pr. ECF No., 7−3, [M.CraneDecl#1, dated June 12, 2025], # 5 Exhibit Exh. J −− Bankr. ECF No., 12−1 [M.CraneDecl#2, dated August 13, 2025] and Exhibit 1 annexed [PostTrial Memorandum from L−T Action], # 6 Exhibit Exh. K Bankr. Adv. Pr. ECF No. 12−2 [D.CraneDecl#2, dated August 13, 2025], # 7 Exhibit Exh. L Bankr. Adv. Pr. ECF No., 19−1 [M.CraneDecl#3, dated August 19, 2025], # 8 Exhibit Exh. M Bankr. Main Case ECF No. 18−4 [Kroll Decl. Stay Relief dated July 2, 2025], # 9 Exhibit Exh. N −− Bankr. Main Case ECF No. 18−3 [D. Crane Aff Stay Relief July 3, 2025], # 10 Exhibit Exh. O −− Bankr. Main Case ECF No. 18−2 [M. Crane Aff Stay Relief July 3, 2025], # 11 Exhibit Exh. P Bankr. Main Case ECF No. 18 [Defendants Motion for Stay Relief] (filed 2025−07−03), # 12 Exhibit Exh. Q −− Bankr. Main Case ECF No. 21 [Debtors Objection to Motion for Stay Relief], # 13 Exhibit Exh. R −− Bankr. Main Case ECF No. 23 [Defendants Reply ISO Motion for Stay Relief], # 14 Exhibit Exh. S −− NYS Supreme Court, Nassau County 612603−2024 Docket of Case Brought when L−T court denied MTD or stay holdover eviction proceedings due to courts limited jurisdiction, # 15 Exhibit Exh. T −− NYS Supreme Court, Nassau County 612603−2024 Order scheduling OSC motion on CE capacity issues raised by Michael Crane in L−T Court MTD, # 16 Exhibit Exh. U NYS Supreme Court, Nassau County 612603−2024 Jonathan Kroll, Esq. Aff explaining L−T court ruling on limited jurisdiction, # 17 Exhibit Exh. V −− NYS Supreme Court, Nassau County 612603−2024 Complaint filed, # 18 Exhibit Exh. W −− NYS Supreme Court, Nassau County 612603−2024 order ruling that motion seeking to stay L−T holder is moot due to decision of Nassau District Court (2024 L−T Order), # 19 Exhibit Exh. X −− Notice of Appeal L−T Proceeding December 23, 2025, # 20 Exhibit Exh Y −− NYS Supreme Court, Appellate Term order February 2025, # 21 Exhibit Exh. Z −− NYS Nassau 612603_024_ 38 notice of bankruptcy filed March 11 2024 by Debtor, # 22 Exhibit Exh. AA −− NYS NYCounty Supreme 161302_2020_Jan 2021 Stipulation Permitting Michael Crane to continue managing T&G building and to refinance building, # 23 Exhibit Exh. BB NJCt JCrane 08182025 letter to NJ court $900 tax bill and no $ from Estate, # 24 Exhibit Exh. CC −− NJ Probate Proceeding 41_Ltr. brief to Judge DeLuca (9_3_21) seeking DQ of Admin Repetto in NJ Action, # 25 Exhibit Exh. DD −− NJ App Court Proceeding Ct MEC NJ Appellate Brief Seeking DQ and Removal of Admin Repetto, # 26 Exhibit Exh. EE −− Bankr. Adv. Pr. 27 Statement of Issues on Appeal (2025−08−27), # 27 Exhibit Exh FF −− Bankr. Adv. Pr. 28 Designation of Items for Appeal (2025−08−27), # 28 Exhibit Exh. GG −− Docket of Bankr. Main Case As of 08282025, # 29 Exhibit Exh. HH −− Docket of Bankr. Adv Pr. As of |

| | | |
|---|---|---|
| | | 08282025, # 30 Exhibit In re Georgian Backyard LLC, 61 BR 102 (Bank EDNY 2024) (BK court is bound by operating agreement of LLC and NYS court regarding ability of member to file BK action), # 31 Exhibit Exh. JJ −− In re Van Eck (Bankr. D.Ct March 26 2010) (dismiss BK where no insurance), # 32 Supplement Exh. KK −− In re Monsour Medical Center, Inc., 154 B.R. 201, 208 (Bankr. W.D. Pa. 1993) (dismissing bad faith bankruptcy filing where "Review of the facts and circumstances surrounding the case compels the conclusion that the bankruptcy petition was filed as a litigation tactic... in an attempt to reverse the setbacks... suffered in state court.").).(Shapiro, Mitchell) (Entered: 08/29/2025) |
| 08/29/2025 | | Minute Entry for proceedings held before Judge Denise L. Cote: Motion Hearing held on 8/29/2025 re: 4 EMERGENCY MOTION to Stay *Prior Bankruptcy Orders, Inc Turnover and Eviction, Pending Appeal* filed by Michael E. Crane, Daniel M. Crane. (Court Reporter Tracy Groth) (jwh) (Entered: 08/29/2025) |
| 08/29/2025 | 11 | ORDER denying 4 Motion to Stay. For the reasons stated on the record at the conference held on August 29, 2025, it is hereby ORDERED that the appellants' August 25 motion for an emergency stay pending appeal of the Bankruptcy Court's decision and orders of July 29, July 30, August 20, and August 22 is denied. (Signed by Judge Denise L. Cote on 8/29/2025) (vfr) (Entered: 08/29/2025) |
| 09/04/2025 | 12 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge David S Jones dated August 22, 2025, amending 1 Bankruptcy Appeal,.Document filed by Michael E. Crane, Daniel M. Crane. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit A − Bankruptcy Order, # 2 Exhibit B − Bankruptcy Order, # 3 Exhibit C − Bankruptcy Order, # 4 Exhibit D − Bankruptcy Order).(bkar) (Entered: 09/04/2025) |
| 09/04/2025 | 13 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal, 12 Amended Bankruptcy Appeal,. Document filed by Appellants Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Exhibit Statement of Issues).(bkar) (Entered: 09/04/2025) |
| 10/09/2025 | 14 | ORDER: It is hereby ORDERED that the appellee may file a counter−designation by October 14, 2025. If no counter−designation is filed by then, the bankruptcy clerk shall prepare the record based on appellant's designation and file a notice on the docket when the record of appeal is complete and available electronically. IT IS FURTHER ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that therecord has been transmitted or is available electronically. Any opposition is due 21 days thereafter: Any reply brief is due 14 days after the filing of the opposition. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 10/9/2025) (vfr) (Entered: 10/09/2025) |
| 10/13/2025 | 15 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 12 Amended Bankruptcy Appeal,. Document filed by Debtor Crane Enterprises LLC..(Snyder, Eric) (Entered: 10/13/2025) |
| 10/22/2025 | 16 | TRANSCRIPT of Proceedings re: CONFERENCE held on 8/29/2025 before Judge Denise L. Cote. Court Reporter/Transcriber: Tracy Groth, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/12/2025. Redacted Transcript Deadline set for 11/24/2025. Release of Transcript Restriction set for 1/20/2026..(Moya, Goretti) (Entered: 10/22/2025) |
| 10/22/2025 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 8/29/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 10/22/2025) |
| 11/25/2025 | 18 | NOTICE OF RECORD OF APPEAL AVAILABILITY (COMPLETION). Re: 1 Bankruptcy Appeal,. All Documents from the United States Bankruptcy Court − |

| | | |
|---|---|---|
| | | Southern District of New York have been filed with the U.S.D.C. S.D.N.Y. Record of Appeal is Complete and Available Electronically. (Attachments: # 1 Exhibit Additional Documents from 25−B−10405 (DSJ) (LGB)).(bkar) (Entered: 11/25/2025) |
| 11/25/2025 | 19 | **Vacated as per Judge's Order dated 12/10/2025, Doc. #23** ORDER: Accordingly, it is hereby ORDERED that appellants shall file their brief by December 12, 2025. The appellees brief is due January 5, 2026. Any reply is due January 19, 2026. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. ( Appellant Brief due by 12/12/2025., Appellant Reply Brief due by 1/19/2026., Appellee Brief due by 1/5/2026.) (Signed by Judge Denise L. Cote on 11/25/2025) (vfr) Modified on 12/11/2025 (ar). (Entered: 11/25/2025) |
| 12/02/2025 | 20 | MOTION to Consolidate Cases 25cv09795 *and 25cv09809*., MOTION to Continue ., MOTION Continuance of Briefing following Consolidation, Exception to Briefing Page Limits re: 19 Order,,, Set Deadlines,, . Document filed by Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Proposed Order Proposed Order Granting Relief, # 2 Supplement Memorandum of Law In Support of Appellants' Motion by OSC, # 3 Affidavit Declaration of Mitchell C. Shapiro, 12012025 ISO Appellants' Motion, # 4 Appendix Appendix I −− Schedule of Exhibits A−I annexed to Shapiro Decl., # 5 Exhibit A − Amended Notice of Appeal for Appeal−1, # 6 Exhibit B −− Statement of Issues to Be Presented On Appeal[−1], # 7 Exhibit C −− Designation of Items to Be Included in the Record on Appeal−1, # 8 Exhibit D Notice of Appeal for Appeal−3 with attached order, # 9 Exhibit E −− Statement of Issues to Be Presented On Appeal[−3], # 10 Exhibit F −− Designation of Items to Be Included in the Record on Appeal−3, # 11 Exhibit G Notice of Appeal for Appeal−2 with attached orders of Bankruptcy Court and Transcript, # 12 Exhibit H −− Statement of Issues to Be Presented On Appeal[−2], # 13 Exhibit I −− Designation of Items to Be Included in the Record on Appeal−2).(Shapiro, Mitchell) (Entered: 12/02/2025) |
| 12/03/2025 | 21 | ORDER granting in part and denying in part 20 Motion to Consolidate Cases; granting in part and denying in part 20 Motion to Continue; granting in part and denying in part 20 Motion. It is hereby ORDERED that the motion to consolidate is granted in part. The two appeals docketed on November 25, 2025, 25cv9795 and 25cv9809, shall be consolidated. On December 2, the appellants filed, in both appeals, a designation of the bankruptcy record on appeal. The appellee may file a counter−designation of additional items no later than December 16, 2025 pursuant to Federal Rule of Bankruptcy Procedure 8009(a) (2) (A). A briefing schedule will issue in the consolidated appeal after the docketing of notice that the record has been transmitted or is available electronically. IT IS FURTHER ORDERED that the earlier−filed appeal, 25cv6793, shall not be consolidated and its briefing schedule, as set forth in an Order of November 25, 2025, shall remain unchanged. (Signed by Judge Denise L. Cote on 12/3/2025) (vfr) (Entered: 12/03/2025) |
| 12/10/2025 | 22 | LETTER MOTION for Extension of Time *to file Appellants Brief and Appendix* addressed to Judge Denise L. Cote from Mitchell Craig Shapiro dated December 10, 2025. Document filed by Daniel M. Crane, Michael E. Crane..(Shapiro, Mitchell) (Entered: 12/10/2025) |
| 12/10/2025 | 23 | ORDER: On November 25, 2025, the Clerk's Office docketed a notice that the bankruptcy record of appeal for the above−captioned matter is complete and available electronically. The documents comprising the record of appeal are hyperlinked on the docket entry numbers within the notice. On December 10, 2025, appellants' counsel filed a letter asking whether the Court expects a "separate appendix" to be filed and, if so, requesting a one−week extension of their time to file appellants' brief and appendix. The Court does not expect a "separate appendix" to be filed or provided to the Court. Nonetheless, should the appellants wish, the Court is willing to grant a one−week extension of the briefing schedule established in the Order of November 25, 2025. Accordingly, it is hereby ORDERED that the briefing schedule in the Order of November 25, 2025 is vacated. IT IS FURTHER ORDERED that appellants shall file their brief by December 19, 2025. The appellee's brief is due January 12, 2026. Any reply is due January 26, 2026. IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York. (Signed by Judge Denise L. Cote on 12/10/2025) (Appellant Brief due by 12/19/2025. Appellant Reply |

| | | |
|---|---|---|
| | | Brief due by 1/26/2026. Appellee Brief due by 1/12/2026.) (ar) (Entered: 12/11/2025) |
| 12/19/2025 | 24 | Appellant's BRIEF. Document filed by Daniel M. Crane, Michael E. Crane. Appellee Brief due by 1/20/2026..(Shapiro, Mitchell) (Entered: 12/19/2025) |
| 12/22/2025 | 25 | BRIEF re: 24 Appellant's Brief *Table of Authorities omitted from document filed 12192025*. Document filed by Daniel M. Crane, Michael E. Crane..(Shapiro, Mitchell) (Entered: 12/22/2025) |
| 01/12/2026 | 26 | Appellee's BRIEF. Document filed by Crane Enterprises LLC. Appellant Reply Brief due by 1/26/2026..(Silverman, Brett) (Entered: 01/12/2026) |
| 01/26/2026 | 27 | Appellant's REPLY BRIEF. Document filed by Daniel M. Crane, Michael E. Crane..(Shapiro, Mitchell) (Entered: 01/26/2026) |
| 01/28/2026 | 28 | LETTER MOTION for Extension of Time addressed to Judge Arun Subramanian from Mitchell Craig Shapiro dated January 27, 2026., LETTER MOTION for Extension of Time to File Response/Reply *to ECF 40, as per prior sequence set by Court's order ECF 38* addressed to Judge Arun Subramanian from Mitchell Craig Shapiro dated January 27, 2026. Document filed by Daniel M. Crane, Michael E. Crane..(Shapiro, Mitchell) (Entered: 01/28/2026) |
| 01/28/2026 | 29 | Appellant's REPLY BRIEF. Document filed by Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Appendix Table of Contents for Appellants' Reply Brief previously filed as ECF 27, # 2 Appendix Table of Authorities for Appellants' Reply Brief previously filed as ECF 27).(Shapiro, Mitchell) (Entered: 01/28/2026) |
| 01/28/2026 | 30 | LETTER addressed to Judge Denise L. Cote from Mitchell Craig Shapiro dated January 28, 2026 re: Attached Copies of Tables of Authorities and Request Regarding Scheduling of Oral Argument of Appeal for After March 10, 2026 along with Other Appeal (or not on certain dates). Document filed by Daniel M. Crane, Michael E. Crane. (Attachments: # 1 Appendix Table of Authorites for Appellants' Brief (ECF 24), previously filed as ECF 25, # 2 Appendix Tables of Contents and Authorities for Appellants' Reply Brief (ECF 27) previously filed as ECF 29).(Shapiro, Mitchell) (Entered: 01/28/2026) |
| 04/06/2026 | 31 | OPINION AND ORDER: The Defendants' August 15, 2025 appeal is denied. The Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and August 22, 2025 are affirmed. (Signed by Judge Denise L. Cote on 4/6/2026) (vfr) Transmission to Office of the Clerk of Court for processing. (Entered: 04/06/2026) |
| 04/06/2026 | | Transmission to Orders and Judgments Clerk. Transmitted re: 31 Memorandum & Opinion, to the Orders and Judgments Clerk. (vfr) (Entered: 04/06/2026) |
| 04/07/2026 | 32 | CLERK'S JUDGMENT re: 31 Memorandum & Opinion in favor of Crane Enterprises LLC against Daniel M. Crane, Michael E. Crane. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 6, 2026, the Defendants' August 15, 2025 appeal is denied. The Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and August 22, 2025 are affirmed. (Signed by Clerk of Court Tammi M Hellwig on 4/7/2026) (Attachments: # 1 Appeal Package) (km) (Entered: 04/07/2026) |
| 04/07/2026 | | Terminate Transcript Deadlines (km) (Entered: 04/07/2026) |
| 04/20/2026 | 33 | NOTICE OF APPEAL from 32 Clerk's Judgment,, 31 Memorandum & Opinion,. Document filed by Daniel M. Crane, Michael E. Crane. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A Order of SDNY District Court April 6, 2026, # 2 Exhibit B Judgment of SDNY District Court April 7, 2026, # 3 Affidavit Aff of Service of NOA with exhibits).(Shapiro, Mitchell) Modified on 4/20/2026 (nd). (Entered: 04/20/2026) |
| 04/20/2026 | | Appeal Fee Due: for 33 Notice of Appeal,. $605.00 Appeal fee due by 5/4/2026..(nd) (Entered: 04/20/2026) |
| 04/20/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 33 Notice of Appeal,..(nd) (Entered: 04/20/2026) |

| | | |
|---|---|---|
| 04/20/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 33 Notice of Appeal, filed by Michael E. Crane, Daniel M. Crane were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/20/2026) |

**RELATED, PENAP, MDisCs, APPEAL**

# U.S. Bankruptcy Court
# Southern District of New York (Manhattan)
# Bankruptcy Petition #: 25-10405-dsj

*Date filed:* 03/04/2025
*341 meeting:* 04/02/2025
*Deadline for filing claims:* 08/31/2025

*Assigned to:* Judge David S Jones
Chapter 11
Voluntary
Asset

***Debtor***
**Crane Enterprises LLC**
C/O Harwood Lloyd
130 Main Street
Hackensack, NJ 07601
BERGEN-NJ
Tax ID / EIN: 13-4102310

represented by **Brett Silverman**
Silveman Law PLLC
4 Terry Terrace
Livingston, NJ 07039
646-281-6008
Email: brett@getconciergelaw.com

**Eric J. Snyder**
Wilk Auslander LLP
825 8th Avenue
Suite 2900
New York, NY 10019
212-981-2328
Email: esnyder@wilkauslander.com

***U.S. Trustee***
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

represented by **Andrea Beth Schwartz**
DOJ-Ust
Alexander Hamilton U.S. Custom House
One Bowling Green
., Room 534
New York, NY 10004
212-510-0500
Email: andrea.b.schwartz@usdoj.gov

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/04/2025 | 1 (40 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 7/2/2025, Disclosure Statement due by 7/2/2025, Initial Case Conference due by 4/3/2025, Filed by Brett Silverman of Concierge Law on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/04/2025) |
| 03/04/2025 | | Judge David S Jones added to the case. (Porter, Minnie). (Entered: 03/04/2025) |
| 03/04/2025 | | Case Related to: ***Case Number: 24-10570, Treasures and Gems, Ltd.*** (Porter, Minnie). (Entered: 03/04/2025) |

| | | |
|---|---|---|
| 03/04/2025 | | Deficiencies Set: Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1 **DUE at Time of Filing.** Local Rule 1007-2 Affidavit **DUE at Time Filing.** Corporate Ownership Statement **DUE at Time Filing.** Incomplete Filings due by 3/18/2025, (Porter, Minnie). (Entered: 03/04/2025) |
| 03/04/2025 | 2 (3 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors 341(a) meeting to be held on 4/2/2025 at 01:30 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Lopez, Mary). (Entered: 03/04/2025) |
| 03/05/2025 | 3 (6 pgs) | Adversary case 25-01040. Complaint against Michael E. Crane, Daniel M. Crane *and John Doe and Jane Doe (Fictitious Persons)* (Fee Amount $ 350.). Nature(s) of Suit: (11 (Recovery of money/property - 542 turnover of property)) Filed by Eric J. Snyder on behalf of Crane Enterprises, LLC, Michael E. Crane. (Snyder, Eric) (Entered: 03/05/2025) |
| 03/05/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-10405) [misc,824] (1738.00) Filing Fee. Receipt number A16989179. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 03/05/2025) |
| 03/06/2025 | 4 (2 pgs) | Order Signed on 3/6/2025 Scheduling Initial Case Conference for 4/10/2025 at 10:00 a.m. via Videoconference (ZoomGov). (Calderon, Lynda) (Entered: 03/06/2025) |
| 03/06/2025 | 5 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 2)) . Notice Date 03/06/2025. (Admin.) (Entered: 03/07/2025) |
| 03/08/2025 | 6 (2 pgs) | Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/08/2025 | 7 (5 pgs) | Affidavit Pursuant to LR 1007-2 *of David Repetto* Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/08/2025 | 8 (1 pg) | Corporate Ownership Statement *(Rule 7007.1)*. Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/08/2025) |
| 03/11/2025 | 9 (1 pg) | Notice of Appearance filed by George J. Mullane III on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Mullane, George) (Entered: 03/11/2025) |
| 03/17/2025 | 10 (2 pgs) | Notice of Meeting of Creditors *Instructions for Participation at Telephonic Section 341(a) Meeting of Creditors* (related document(s)2) filed by Andrea Beth Schwartz on behalf of United States Trustee. (Schwartz, Andrea) (Entered: 03/17/2025) |
| 03/27/2025 | 11 (3 pgs) | Letter *Adjourning 341 Meeting of Creditors from April 2 to April 9, 2025 at 2:30 pm EST* (related document(s)2) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/28/2025 | 12 (2 pgs) | Certificate of Service *of Adjournment of 341 Meeting of Creditors* (related document(s)11) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/28/2025) |
| 03/28/2025 | 13 (12 pgs; 3 docs) | Application to Employ Silverman Law PLLC as Attorney *for the Debtor* filed by Brett Silverman on behalf of Crane Enterprises LLC Responses due by 4/7/2025, with presentment to be held on 4/14/2025 at 12:00 PM at Courtroom 701 (DSJ). (Attachments: # 1 Silverman Declaration # 2 Proposed Order) (Silverman, Brett) (Entered: 03/28/2025) |
| 03/28/2025 | 14 (2 pgs) | Certificate of Service *OF APPLICATION TO EMPLOY SILVERMAN LAW* (related document(s)13) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/28/2025) |
| 04/21/2025 | | Pending Deadlines Terminated: Resolution or Other Statement Authorizing Filing Pursuant to LR 1074-1; Affidavit Pursuant to LR 1007-2 and Corporate Ownership Statement (Rule 7007.1). (Cappiello, Karen) (Entered: 04/21/2025) |
| 04/22/2025 | 15 (1 pg) | Letter *Adjourning 341 Meeting to April 23, 2025 at 330 pm EST* (related document(s)2) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 04/22/2025) |
| 05/22/2025 | 16 (15 pgs) | Application to Employ Wilk Auslander LLP as Special Lit. Counsel for Debtor *Hearing to be Held, June 26, 2025 at 10:00 A.M., Ex. A-Proposed Order, Ex. B-Snyder Declaration* filed by Eric J. Snyder on behalf of Crane Enterprises LLC Responses due by 6/12/2025,. (Snyder, Eric) (Entered: 05/22/2025) |
| 06/30/2025 | 20 (46 pgs) | Transcript regarding Hearing Held on 6/26/2025 at 10:00 AM RE: Continued Status Conference. Remote electronic access to the transcript is restricted until 9/29/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/7/2025. Statement of Redaction Request Due By 7/21/2025. Redacted Transcript Submission Due By 7/31/2025. Transcript access will be restricted through 9/29/2025. (Ortiz, Carmen) (Entered: 07/09/2025) |
| 07/02/2025 | 17 (15 pgs; 2 docs) | Motion to Set Last Day to File Proofs of Claim filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Bar Date and Notice) (Silverman, Brett) (Entered: 07/02/2025) |
| 07/03/2025 | 18 (33 pgs; 5 docs) | Motion for Relief from Stay *and Waiver of Fourteen Day Stay of Order Under Rule 4001(a)(3)* filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane with hearing to be held on 7/17/2025 at 10:00 AM at Courtroom 701 (DSJ) Responses due by 7/10/2025,. (Attachments: # 1 Memorandum of Law in Support of Motion, and Exhibit 1 (proposed order) # 2 Declaration of Michael E. Crane in support of Motion # 3 Declaration of Daniel M. Crane in support of Motion # 4 Declaration of Jonathan E. Kroll, Esq. in support of Motion) (Goldstein, Douglas) (Entered: 07/03/2025) |

| | | |
|---|---|---|
| 07/03/2025 | | Receipt of Motion for Relief from Stay (fee)( 25-10405-dsj) [motion,185] ( 199.00) Filing Fee. Receipt number A17138276. Fee amount 199.00. (Re: Doc # 18) (U.S. Treasury) (Entered: 07/03/2025) |
| 07/07/2025 | 19 (12 pgs) | Order Signed on 7/7/2025 Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof. Proofs of Claim are Due by 8/31/2025. (Related Doc # 17) (Calderon, Lynda) (Entered: 07/07/2025) |
| 07/14/2025 | 21 (13 pgs) | Objection to Motion *for Relief from Stay* (related document(s)18) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/14/2025) |
| 07/14/2025 | 22 (2 pgs) | Affidavit of Service *OF BAR DATE ORDER AND RELATED DOCUMENTS* (related document(s)19) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/14/2025) |
| 07/16/2025 | 23 (8 pgs) | Reply to Motion *for Relief from Automatic Stay* (related document(s)18) filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane. (Goldstein, Douglas) (Entered: 07/16/2025) |
| 07/16/2025 | 24 (5 pgs) | Affidavit of Service (related document(s)18) Filed by Douglas A. Goldstein on behalf of Daniel M Crane, Michael E Crane. (Goldstein, Douglas) (Entered: 07/16/2025) |
| 07/16/2025 | 25 (2 pgs) | Order Signed on 7/16/2025 Authorizing the Retention of Wilk Auslander LLP as Special Litigation Counsel for Debtor and Debtor In Possession. (Related Doc # 16) (Calderon, Lynda) (Entered: 07/16/2025) |
| 07/21/2025 | 26 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 27 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 28 (8 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/21/2025 | 29 (6 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 07/21/2025) |
| 07/24/2025 | 30 (3 pgs) | Order Signed on 7/24/2025 Approving the Employment and Retention of Silverman Law PLLC as Bankruptcy Counsel to the Debtor. (Related Doc # 13) (Calderon, Lynda) (Entered: 07/24/2025) |
| 08/08/2025 | 31 (12 pgs) | Decision and Order Signed on 8/8/2025 Granting the Motion of Michael E. Crane and Daniel M. Crane for Relief from the Automatic Stay. (related document(s)18) (Calderon, Lynda) (Entered: 08/08/2025) |

| | | |
|---|---|---|
| 08/13/2025 | 32<br>(1 pg) | Notice of Adjournment of Hearing *of Case Status Conference* filed by Brian J. Hufnagel on behalf of Daniel M Crane, Michael E Crane. with hearing to be held on 8/21/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ)(Hufnagel, Brian) **Docket Text Hearing Location Modified on 8/13/2025 (Bush, Brent)** (Entered: 08/13/2025) |
| 08/14/2025 | 33<br>(1 pg) | Scheduling Order Signed on 8/14/2025. A Hearing Will be Held on 8/20/2025 at 10:00 a.m. via Videoconference (ZoomGov). (Calderon, Lynda) (Entered: 08/14/2025) |
| 08/14/2025 | 34<br>(2 pgs) | Order Signed on 8/14/2025 Granting Relief from the Automatic Stay to Permit Michael E. Crane and Daniel E. Crane to Proceed with Appeal in State Court Action. (Related Doc # 18) (Calderon, Lynda) (Entered: 08/14/2025) |
| 08/18/2025 | 35<br>(7 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2025 Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 08/18/2025) |
| 08/29/2025 | 36<br>(57 pgs) | Transcript regarding Hearing Held on 7/17/2025 at 3:00 PM RE: Motion for Relief from Stay and Waiver of Fourteen Day Stay of Order Under Rule 4001(a)(3). Remote electronic access to the transcript is restricted until 12/1/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/5/2025. Statement of Redaction Request Due By 9/19/2025. Redacted Transcript Submission Due By 9/29/2025. Transcript access will be restricted through 12/1/2025. (Ortiz, Carmen) (Entered: 09/03/2025) |
| 09/15/2025 | 37<br>(24 pgs; 5 docs) | Application to Employ Compass Greater NY LLC as Real Estate Professional *for Debtor* filed by Brett Silverman on behalf of Crane Enterprises LLC Responses due by 10/2/2025, with presentment to be held on 10/3/2025 at 12:00 PM at Courtroom 701 (DSJ). (Attachments: # 1 Application to Employ Compass # 2 Exhibit Affidavit of Disinterestedness # 3 Exhibit Exclusive Marketing and Sale Agreement # 4 Proposed Order) (Silverman, Brett) (Entered: 09/15/2025) |
| 09/15/2025 | 38<br>(2 pgs) | Affidavit of Service *of Application to Employ Compass Greater NY LLC* (related document(s)37) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 09/15/2025) |
| 09/22/2025 | 39<br>(1 pg) | Notice of Appearance filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/22/2025) |
| 09/22/2025 | 40<br>(60 pgs; 3 docs) | Motion to Dismiss Case filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane with hearing to be held on 10/16/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ) Responses due by 10/9/2025,. (Attachments: # 1 Pleading Declaration of Michael E. Crane, dated Sept. 22, 2025 with exhibits # 2 Pleading Declaration of Mitchell C. Shapiro, Esq., dated Sept. 22, 2025 with exhibits) (Shapiro, Mitchell) (Entered: 09/22/2025) |

| | | |
|---|---|---|
| 09/22/2025 | 41<br>(766 pgs) | Affidavit *Declaration of Mitchell Shapiro, dated Sept 22, 2025 with Exhibits A-KK attached, ISO MTD Bankruptcy ECF 40re-* filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/22/2025) |
| 09/25/2025 | 42<br>(763 pgs) | Affidavit *Declaration of Michael E. Crane, dated September 22, 2025, with all 31 exhibits attached (to sub for ECF 40-1)* (related document(s)40) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 09/25/2025) |
| 09/25/2025 | 43<br>(51 pgs; 3 docs) | Motion for Objection to Claim(s) Number: 3-1 *filed by Michael Crane* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov)** Responses due by 10/16/2025,. (Attachments: # 1 Exhibit A - Claim # 2 Exhibit B - proposed order) (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/25/2025) |
| 09/25/2025 | 44<br>(29 pgs; 3 docs) | Motion for Objection to Claim(s) Number: 2-1 *filed by Daniel Crane* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** Responses due by 10/16/2025,. (Attachments: # 1 Exhibit A - Claim # 2 Exhibit B - Proposed Order) (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/25/2025) |
| 09/30/2025 | 45<br>(1 pg) | Letter *Adjourning Motion to Dismiss to October, 23, 2025 at 10:00 am objections to be filed by October 16, 2025 and Adjourning presentment of application to employ Compass Greater NY LLC as real estate broker to October 23, 2025 at noon with objections to be filed by October 22, 2025 by 4:00 pm* (related document(s)37, 40) Filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 10/23/2025 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** (Silverman, Brett) **Modified on 10/22/2025** (Calderon, Lynda). (Entered: 09/30/2025) |
| 10/16/2025 | 46<br>(23 pgs; 2 docs) | Objection to Motion *to Dismiss Case filed by Michael and Daniel Crane* (related document(s)40) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Judgment) (Silverman, Brett) (Entered: 10/16/2025) |
| 10/16/2025 | 47<br>(55 pgs; 2 docs) | Opposition *to Debtor's Objections to Claims* (related document(s)44, 43) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Exh. 1 Appellant's Brief filed 10-13-2025 in NYS Appellate Term) (Shapiro, Mitchell) (Entered: 10/16/2025) |
| 10/17/2025 | 48<br>(5 pgs; 2 docs) | Notice of Adjournment of Hearing (related document(s)40) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. with hearing to be held on 10/23/2025 at 10:00 AM at Videoconference (ZoomGov) (DSJ) (Attachments: # 1 Exhibit Proposed Order granting motion to dismiss bankruptcy petition)(Shapiro, Mitchell) (Entered: 10/17/2025) |
| 10/20/2025 | 49<br>(4 pgs) | Reply to Motion (related document(s)44, 43) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 10/20/2025) |

| | | |
|---|---|---|
| 10/22/2025 | 50<br>(5 pgs) | Affidavit *Objection to Application to Employ Compass (Doc 47)* Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 10/22/2025) |
| 10/29/2025 | 51<br>(2 pgs) | Order Signed on 10/29/2025 Granting the Debtor's Objection to Proof of Claim No. 2-1 Filed by Daniel Crane. (Related Doc # 44) (Calderon, Lynda) (Entered: 10/29/2025) |
| 10/29/2025 | 52<br>(2 pgs) | Order Signed on 10/29/2025 Granting the Debtor's Objection to Proof of Claim No. 3-1 Filed by Michael Crane. (Related Doc # 43) (Calderon, Lynda) (Entered: 10/29/2025) |
| 11/03/2025 | 53<br>(2 pgs) | Notice of Hearing *on Debtor's Application to Employ COmpass Greater NY as Real Estate Broker to the Debtor* (related document(s)37) filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 11/20/2025 at 10:00 AM at Courtroom 701 (DSJ) (Silverman, Brett) (Entered: 11/03/2025) |
| 11/06/2025 | 54<br>(130 pgs; 4 docs) | Notice of Appeal *of Dismissal of Claims of Creditors M.Crane and D.Crane* (related document(s)52, 51) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Order 1 being appealed ECF Doc No. 51 # 2 Exhibit Order 2 appealed from ECF Doc No 52 # 3 Exhibit Transcript of 10-23-2025 hearing with oral decision read into record)(Shapiro, Mitchell) (Entered: 11/06/2025) |
| 11/06/2025 | | Receipt of Notice of Appeal( 25-10405-dsj) [appeal,97] ( 298.00) Filing Fee. Receipt number A17299738. Fee amount 298.00. (Re: Doc # 54) (U.S. Treasury) (Entered: 11/06/2025) |
| 11/06/2025 | 55<br>(123 pgs) | Transcript regarding Hearing Held on 10/23/2025 at 10:00 AM RE: Motion for Objection to Claim Number: 3-1..etc... Remote electronic access to the transcript is restricted until 2/4/2026. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/13/2025. Statement of Redaction Request Due By 12/1/2025. Redacted Transcript Submission Due By 12/8/2025. Transcript access will be restricted through 2/4/2026. (Ortiz, Carmen) (Entered: 11/07/2025) |
| 11/11/2025 | 56<br>(2 pgs) | Letter (related document(s)40) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 11/11/2025) |
| 11/17/2025 | 57<br>(7 pgs; 2 docs) | Reply to Motion *in reply to opposition of Cranes to Application to Employ Compass Greater NY LLC as Broker* (related document(s)37) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Exhibit A - Declaration of Kelly Forman in Further Support) (Silverman, Brett) (Entered: 11/17/2025) |
| 11/17/2025 | 58<br>(13 pgs) | Decision and Order Signed on 11/17/2025 Denying the Motion of Michael E. Crane and Daniel M. Crane to Dismiss Debtor's Chapter 11 Case. (related document(s)40) (Calderon, Lynda) (Entered: 11/17/2025) |
| 11/17/2025 | 59<br>(17 pgs) | Notice of Appeal *of Court's Order ECF 58 denying Cranes MTD Bankruptcy Proceeding ECF 40* (related document(s)58) filed by |

| | | |
|---|---|---|
| | | Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellant Designation due by 12/1/2025, (Shapiro, Mitchell) (Entered: 11/17/2025) |
| 11/17/2025 | | Receipt of Notice of Appeal( 25-10405-dsj) [appeal,97] ( 298.00) Filing Fee. Receipt number A17310971. Fee amount 298.00. (Re: Doc # 59) (U.S. Treasury) (Entered: 11/17/2025) |
| 11/20/2025 | 60 (10 pgs; 2 docs) | Statement of Issues , Designation of Contents (appellant). *for appeal of dismissal of claims* (related document(s)54) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellee designation due by 12/4/2025, (Attachments: # 1 Pleading Designation of Items to Be Included in the Record)(Shapiro, Mitchell) (Entered: 11/20/2025) |
| 11/21/2025 | 61 (12 pgs; 2 docs) | Statement of Issues *for Appeal of Denial of MTD BK Case*, Designation of Contents (appellant). *for Record on Appeal of Denial of MTD BK* (related document(s)59) filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. Appellee designation due by 12/5/2025, (Attachments: # 1 Pleading Designation of Record for Appeal of Denial of MTD BK Case)(Shapiro, Mitchell) (Entered: 11/21/2025) |
| 11/25/2025 | 62 (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-9795 (related document(s)54) (Rouzeau, Anatin). (Entered: 11/25/2025) |
| 11/25/2025 | 63 (2 pgs) | Civil Cover Sheet from U.S. District Court, Case Number: 25-cv-9809 (related document(s)59) (Rouzeau, Anatin). (Entered: 11/25/2025) |
| 12/04/2025 | 64 (2 pgs) | Order Signed on 12/4/2025 Authorizing the Debtor to Retain Compass Greater NY LLC as Real Estate Broker for the Debtor. (Related Doc # 37) (Calderon, Lynda) (Entered: 12/04/2025) |
| 01/27/2026 | 65 (2 pgs; 2 docs) | Notice of Transmittal of Record of Appeal. All documents have been filed with the United States District Court for the Southern District of New York. Record of Appeal is Complete and Available Electronically under Civil Case Number 25-cv-9795 and 25-cv-9809 assigned to the Honorable Denise L. Cote. Check the District Court Docket Sheet for the Briefing Schedule. (related document(s)54, 59) (Rouzeau, Anatin). (Entered: 01/27/2026) |
| 02/04/2026 | 66 (50 pgs) | Motion to Sell Property Free and Clear of Liens Under Section 363(f)*DEBTORS MOTION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTIONS 363(a), (b), (f) AND (m) AND BANKRUPTCY RULES 2002, 6004 AND 9004: (I) AUTHORIZING THE DEBTOR TO SELL TO THE STALKING HORSE BIDDER OR TO THE HIGHEST AND BEST BIDDER AT AN AUCTION SALE THE ESTATES INTEREST IN THE PROPRIETARY LEASE AND SHARES OF STOCK IN THE COOPERATIVE APARTMENT KNOWN AS 360 SHORE ROAD, APT., 8L, LONG BEACH, NY 11561, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) APPROVING THE STALKING HORSE CONTRACT BETWEEN THE DEBTOR AND LISA KOHAN; (III) SCHEDULING A HEARING TO APPROVE SUCH SALE TO THE HIGHEST AND BEST BIDDER, AND NOTICE THEREOF; (IV) APPROVING CERTAIN BIDDING PROCEDURES; (V) APPROVING A BREAK-UP FEE AND OVERBID PROTECTIONS FOR THE STALKING HORSE BIDDER; (VI) GRANTING THE SUCCESSFUL BIDDER FULL PROTECTIONS UNDER BANKRUPTCY CODE § 363(M); AND (VII) GRANTING SUCH FURTHER OTHER, DIFFERENT AND RELATED* |

| | | |
|---|---|---|
| | | *RELIEF* filed by Brett Silverman on behalf of Crane Enterprises LLC with hearing to be held on 2/26/2026 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov).** Responses due by 2/19/2026,. (Silverman, Brett) **Modified on 2/5/2026** (Calderon, Lynda). (Entered: 02/04/2026) |
| 02/04/2026 | | Receipt of Motion to Sell Property Free and Clear of Liens Under Section 363(f)( 25-10405-dsj) [motion,msell] ( 199.00) Filing Fee. Receipt number A17402701. Fee amount 199.00. (Re: Doc # 66) (U.S. Treasury) (Entered: 02/04/2026) |
| 02/06/2026 | 67 (2 pgs) | Certificate of Service *OF SALE MOTION* (related document(s)66) Filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 02/06/2026) |
| 02/17/2026 | 68 (2 pgs) | Notice of Appearance filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Choset, Seth) (Entered: 02/17/2026) |
| 02/18/2026 | 69 (19 pgs; 2 docs) | Response to Motion (related document(s)66) filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Attachments: # 1 Exhibit Relevant provisions to By-Laws of Xander Corp.) (Choset, Seth) (Entered: 02/18/2026) |
| 02/18/2026 | 70 (1 pg) | Affirmation *Certificate of Service of Response to Debtor's Sale Motion to* (related document(s)66) filed by Seth Choset on behalf of Xander Corp. d/b/a Sea Pointe Towers. (Choset, Seth) (Entered: 02/18/2026) |
| 03/04/2026 | 71 (14 pgs) | Order Signed on 3/4/2026 Granting Debtors Motion Seeking Entry of an Order (I) Authorizing the Debtor to Sell to the Stalking Horse Bidder or to The Highest and Best Bidder at an Auction Sale the Estates Interest in the Proprietary Lease and Shares of Stock in the Cooperative Apartment Known As 360 Shore Road, Apt., 8L, Long Beach, NY 11561, Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Stalking Horse Contract Between the Debtor and Lisa Kohan; (III) Scheduling a Hearing to Approve Such Sale to the Highest and Best Bidder, and Notice Thereof; (IV) Approving Certain Bidding Procedures; (V) Approving a Break-Up Fee and Overbid Protections for the Stalking Horse Bidder; and (VI) Granting Such Further Other, Different and Related Relief. A Hearing Will be Held on April 9, 2026 at 10:00 a.m. via Videoconference (ZoomGov). (Related Doc # 66) (Calderon, Lynda) (Entered: 03/04/2026) |
| 03/25/2026 | 72 (3 pgs) | Notice of Withdrawal *of Auction* filed by Brett Silverman on behalf of Crane Enterprises LLC. (Silverman, Brett) (Entered: 03/25/2026) |
| 03/31/2026 | 73 (1 pg) | Notice of Adjournment of Hearing *of Sale Motion* (related document(s)66) filed by Brett Silverman on behalf of Crane Enterprises LLC. with hearing to be held on 4/14/2026 at 10:00 AM ~~at Courtroom 701 (DSJ)~~ **via Videoconference (ZoomGov)** (Silverman, Brett) **Modified on 3/31/2026** (Calderon, Lynda). (Entered: 03/31/2026) |
| 04/07/2026 | 74 (8 pgs) | Affidavit *OBJECTION AND OPPOSITION TO DEBTOR CRANE ENTERPRISES LLCS APPLICATION FOR APPROVAL OF SALE OF DEBTORS SOLE PROPERTY, THE SHARES OF STOCK AND PROPRIETARY LEASE FOR THE LONG BEACH COOPERATIVE APARTMENT* (related document(s)72, 73) Filed by Mitchell Craig |

| | | |
|---|---|---|
| | | Shapiro on behalf of Daniel M Crane, Michael E Crane. (Shapiro, Mitchell) (Entered: 04/07/2026) |
| 04/07/2026 | 75 (13 pgs) | Order of U.S. District Court Judge Judge Denise L. Cote on 4/6/2026. The Defendants' August 15, 2025 appeal is denied. The Bankruptcy Court's Opinions and Orders of July 29, July 30, August 20, and August 22, 2025 are affirmed. (vfr) (Entered: 04/07/2026) |
| 04/11/2026 | 76 (8 pgs; 3 docs) | Response *to Opposition of Daniel and Michael Crane to Sale of Debtor's Property* (related document(s)74, 66) filed by Brett Silverman on behalf of Crane Enterprises LLC. (Attachments: # 1 Declaration of Kelly Forman # 2 Declaration of Stuart Reiser) (Silverman, Brett) (Entered: 04/11/2026) |
| 04/14/2026 | 77 (20 pgs; 3 docs) | Affidavit *Supplemental Objection and Opposition to Notice of Motion and Motion to Sell Debtor Sole Property (Apartment ) and request for continuation of evidentiary hearing and stay pending appeal if denied* (related document(s)73) Filed by Mitchell Craig Shapiro on behalf of Daniel M Crane, Michael E Crane. (Attachments: # 1 Exhibit Exh 1 Yakubov email letter and check with $730k # 2 Exhibit Compass listing of property with no mention of bidding deadlines)(Shapiro, Mitchell) (Entered: 04/14/2026) |
| 04/16/2026 | 78 (7 pgs) | Order Signed on 4/16/2026 (I) Authorizing the Debtor to Sell to the Stalking Horse Bidder or to The Highest and Best Bidder at an Auction Sale the Estate's Interest in the Proprietary Lease and Shares of Stock in the Cooperative Apartment Known As 360 Shore Road, Apt., 8L, Long Beach, NY 11561, Free and Clear of All Liens, Claims and Encumbrances; (II) Granting the Successful Bidder Full Protections Under Bankruptcy Code Section 363(M); and (III) Granting Such Other and Related Relief. . (related document(s)71) (Calderon, Lynda) (Entered: 04/16/2026) |