**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 22, 2026
Docket #: 26-1045
Short Title: In Re: Crane Enterprises LLC

DC Docket #: 1:25-cv-6793
DC Court: SDNY (NEW YORK CITY)
DC Judge: Denise L. Cote

## NOTICE OF DEFECTIVE FILING

On October 21, 2026 the Special Appendix, Appendices (volumes 1-21), on behalf of the Appellant Daniel M. Crane, Michael E. Crane, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
__XX____ Defective cover *(FRAP 32)*
    __XX____ Incorrect caption *(FRAP 32)*
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
______ Incorrect Filing Event

__XX____ Other: **Mr. Alan C. Stein must be admitted in the court and file a Notice of Appearance as additional counsel. Please see the correct caption listed below.**

**In Re: Crane Enterprises LLC**

**Debtor,**

**----------------------------------------**

**Michael E. Crane, Daniel M. Crane,**

**Appellants,**

**v.**

**Crane Enterprises LLC,**

**Debtor - Appellee.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than October 27, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8523.